UNITED STATES DISTRICT COURT

Northern District of California

ROSEMARY RUSSELL,

           Plaintiff(s),           No. C 10-0450 MEJ

  v.

SKYWEST AIRLINES INC,          **ORDER VACATING CMC**

           Defendant(s).
_____/

This matter is currently scheduled for both a case management conference and a hearing regarding Defendants' Motion for Judgment on the Pleadings (Dkt. #14). So as to ensure proper preparation and focus on Defendants' motion, the Court hereby VACATES the case management conference.

**IT IS SO ORDERED.**

Dated: April 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge